## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DERIC LaVELLE MAY, # 209534,  :

    Plaintiff,  :

vs.  :  CIVIL ACTION 15-0230-KD-M

GARY HETZEL, *et al.,*  :

    Defendants.  :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 15th day of July 2015.

s/ Kristi K. DuBose
UNITED STATES DISTRICT JUDGE